**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03764-KLM

GERALD MAESTAS,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

**JOINT NOTICE OF SETTLEMENT, JOINT MOTION TO VACATE DEADLINES AND REQUEST FOR FORTHWITH RULING**

---

Pursuant to D.C.COLO.LCivR 16.6 and CMA Civ. Practice Standard 16.6, the parties respectfully notify the Court that they attended mediation on October 4, 2022 and have agreed to settle the above-captioned matter. Counsel for the parties are in the process of drafting the settlement agreement and stipulated dismissal and respectfully request that the Court allow the parties to and including November 7, 2022 to file a Stipulated Notice To Dismiss With Prejudice.

Accordingly, the parties respectfully request that the Court vacate all pre-trial deadlines and the trial setting on October 31, 2022. Because the parties' pretrial deadlines include, *inter alia,* the deadline to file proposed jury instructions as soon as this Friday, October 5, 2022, the parties respectfully request **that** the Court issue a forthwith ruling **on** their request to vacate the trial setting and upcoming deadlines.

WHEREFORE, the parties notify the Court of their settlement and respectfully request that the Court vacate the trial and associated upcoming deadlines, allow the

parties to and including November 7, 2022 to file their Stipulated Motion to Dismiss, and to issue a forthwith ruling.

Respectfully submitted this 5th day of October, 2022.

| | |
|---|---|
| Andrew T. Brake, Esq.<br>3615 South Tamarac Drive<br>Denver, CO 80237<br>atbrake@gmail.com<br>*Attorney for Plaintiff* | KRISTIN GEORGE<br>JESSICA R. ALLEN<br>Assistant City Attorneys<br><br>*s/ Jessica R. Allen*<br>Denver City Attorney's Office<br>Employment and Labor Law Section<br>201 W. Colfax Ave., Dept. 1108<br>Denver, Colorado 80202<br>Telephone:   (720) 913-3125<br>Facsimile:   (720) 913-3182<br>E-mail: dlefiling.litigation@denvergov.org<br>kristin.george@denvergov.org<br>jessica.allen@denvergov.org<br>*Attorneys for Defendant* |